# CLERK'S COURTROOM MINUTE SHEET

Case No. 10-4043-SAC

| | |
|---|---|
| Constitution Party of Kansas, et al., | Mark E. Meyer and Daniel J. Treuden, |
| vs. | |
| Chris Biggs, in his official capacity. | Stephen O. Phillips. |

| | | |
|---|---|---|
| Judge: Crow | Clerk: Wessel | Court Reporter: Amy Simons (Nora Lyon & Assoc) |
| At: Topeka | Date: July 6, 2010 | **PHONE CONFERENCE** |

Court holds telephone conference regarding the joint motion for stipulated order and judgment as to Count II of the complaint (Dk. 8) filed in the above entitled matter.  Court hears statements of counsel.  Parties indicate that they prefer to file an additional joint brief and agree to file by 7/20/10.  If unable to agree, a brief in support shall be filed by 7/20/10 and response brief shall be filed on or before 7/23/10.