# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CONSTITUTION PARTY OF KANSAS,
CURT ENGELBRECHT, and MARY PICKENS,

      Plaintiff,

vs.                                             Civil Case No. 10-4043-SAC

CRIS BIGGS, in his official capacity as
Secretary of State of Kansas,

      Defendant.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court as to Count I of the complaint. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order (Dk. 30) filed April 27, 2011, the plaintiffs' motion for summary judgment as to Count I (Dk. 23) is denied and the defendant's motion for summary judgment as to Count I (Dk. 21) is granted.

IT IS FURTHER ORDER AND ADJUDGED that the plaintiff take nothing on Count I and that the action is dismissed on the merits on Count I. The defendant, Cris Biggs, in his official capacity as Secretary of State of Kansas, shall recover of the plaintiffs, Constitution Party of Kansas, Curt Engelbrecht, and Mary Pickens, its costs of action related to Count I.

Dated: April 27, 2011          TIMOTHY M. O'BRIEN, CLERK

                                          By   s/ Brenda M. Wessel
                                                Deputy Clerk